TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Ernest Guill*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Ernest Guill, | Case No.: 2:17-cv-00800-BSB |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Boston Portfolio Advisors, Inc., | |
| Defendants. | |

Plaintiff, through counsel undersigned, hereby dismisses the within action against Boston Portfolio Advisors, Inc., with prejudice and without costs to either party.

KENT LAW OFFICES

1

| | |
|---|---|
| 1 | DATED: April 17, 2017 |
| 2 | By:  */s/  Trinette G. Kent* |
| 3 | Trinette G. Kent |
| | Attorneys for Plaintiff, |
| 4 | Ernest Guill |